THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MARUSZEWSKI, Appellant.

(Argued June 11, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Supreme Court, rendered September 28, 1911, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Samuel J. Harris* for appellant.

*Wesley C. Dudley, District Attorney (Guy B. Moore* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.